ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of - | ) |
| | ) |
| Vigor Marine, LLC | )    ASBCA No. 63271-PET |
| | ) |
| Under Contract No. N00024-19-C-4447 | ) |

APPEARANCES FOR THE PETITIONER:    Mark G. Jackson, Esq.
                                                 Stowell B. Holcomb, Esq.
                                                  Jackson Holcomb LLP
                                                  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                 Navy Chief Trial Attorney
                                                  David J. Kelly, Esq.
                                                Trial Attorney
                                                  Bremerton, WA

## ORDER PURSUANT TO RULE 1(a)(5)
## DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision by June 22, 2022, on a March 22, 2022 certified claim for $11,024,797. The government has advised that a final decision on the claim will be issued by July 21, 2022. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by July 21, 2022.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated: June 22, 2022

                                             JOHN J. THRASHER
                                           Administrative Judge
                                           Chairman
                                             Armed Services Board
                                           of Contract Appeals

(Signatures continued)

I concur                                           I concur


_____                    _____
OWEN C. WILSON                              J. REID PROUTY
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of
the Armed Services Board of Contract Appeals in ASBCA No. 63271-PET, Petition of
Vigor Marine, LLC, rendered in conformance with the Board's Charter.

        Dated:  June 23, 2022


                                    _____
                                    PAULLA K. GATES-LEWIS
                                    Recorder, Armed Services
                                    Board of Contract Appeals